## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KASHIF FAHEEM DANIEL, *et al*.,            :
    Plaintiff,                                      :
                            :
    v.                                                   :            **CIVIL ACTION NO. 26-2220**
                            :
PHILADELPHIA LEGAL                         :
ASSISTANCE ORG,                             :
    Defendant.                                      :

## ORDER

AND NOW, this 15th day of May, 2026, upon consideration of Plaintiff Kashif Faheem

Daniel and Shazia Gill's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1) and

Complaint (ECF No. 2), it is **ORDERED** that:

1.        Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.        The Complaint is **DEEMED** filed.

3.        Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE** for failure to

state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Plaintiffs' state law claims are

**DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons

stated in the Court's Memorandum.

4.        The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**
_____
**KELLEY BRISBON HODGE, J.**